UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAN RICHARD DICKEY,<br><br>　　　　　　　　Defendant. | No.  4:14-CR-6029-EFS<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　Before the Court, without oral argument, is the United States Attorney's Office's (USAO) Motion for Entry of a Preliminary Order of Forfeiture, ECF No. 34.  Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motions.

　　　Accordingly, **IT IS HEREBY ORDERED**:

**1.**　The USAO's Motion for Entry of a Preliminary Order of Forfeiture, **ECF No. 34**, is **GRANTED**.

**2.**　As the result of the guilty plea to Count 2 of the Indictment for which the USAO sought forfeiture pursuant to 18 U.S.C. § 2253, Defendant Dan Richard Dickey shall forfeit to the United States any property, real or personal, used or intended to be used to commit or promote the commission of the plead-to 18 U.S.C. § 2252A(a)(2) offense or any property traceable to such property.

PRELIMINARY ORDER OF FORFEITURE- 1

3.  Based on the Defendant's plea agreement, the following assets are subject to forfeiture pursuant to 18 U.S.C. § 2253, and the United States has established the requisite nexus between such assets described below, and such offense:

   1) Sony Vaio Laptop Computer, Serial Number PCG7173L;

   2) HP computer, Serial Number Mxx9170FFM; and

   3) Two Geek Squad 8GB Thumb Drives;

   seized from Defendant's residence, pursuant to a search warrant, on November 27, 2012.

4.  Upon the entry of this Order and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Federal Rule of Criminal Procedure 32.2(b)(6)(C), the United States is not required to publish notice of this Order because the forfeitable property is worth less than $1,000.00. Defendant stipulated in his plea agreement that he is the sole owner of the assets and that no one else has an interest in the assets; however, the Federal Bureau of Investigation has identified a potential claimant, therefore, the United States is to provide direct notice of this Order to that potential claimant.

5.  The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Federal Rule of Criminal Procedure

PRELIMINARY ORDER OF FORFEITURE- 2

32.2(c)(2), Rule G(5), and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, for the filing of third-party petitions.

**6.** Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to the Defendant at the time of sentencing, and is made part of the sentence and included in the judgment.

**7.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this   12th   day of May 2015.

 s/Edward F. Shea 
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2014\6029.prel.forfeit.lc1.docx

PRELIMINARY ORDER OF FORFEITURE- 3