UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>DAN RICHARD DICKEY,<br><br>                    Defendant. | No.  4:14-CR-6029-EFS<br><br>**ORDER DECLARING PRELIMINARY ORDER OF FORFEITURE FINAL** |

   Before the Court, without oral argument, is the United States Attorney's Office's (USAO) Motion for Order Declaring Preliminary Order of Forfeiture Final, ECF No. 58, to which no response has been filed. On May 12, 2015, the Court entered a Preliminary Order of Forfeiture, ECF No. 35, in accordance with 18 U.S.C. § 2253 and Federal Rule of Criminal Procedure 32.2, forfeiting the following listed assets to the United States, subject to the provisions of 18 U.S.C. § 2253:

   1) Sony Vaio Laptop Computer, Serial Number PCG7173L;

   2) HP computer, Serial Number Mxx9170FFM; and

   3) Two Geek Squad 8GB Thumb Drives;

seized from Defendant's residence, pursuant to a search warrant, on November 27, 2012.  The property is in the custody of the United States, and pursuant to Rule G(4)(a)(i) of the Supplemental Rules for

ORDER DECLARING PRELIMINARY ORDER OF FORFEITURE FINAL - 1

Admiralty or Maritime Claims and Asset Forfeiture Actions, authorized under 21 U.S.C. § 853(n)(1), as incorporated by 18 U.S.C. § 2253, and Rule 32.2(b)(6)(C), the United States was not required to publish notice of the preliminary order. The notice was provided to Beatrice Dickey as ordered and as outlined in the Certificate of Service, ECF No. 44, filed on July 8, 2015.

Based upon the July 8, 2015 service date, Ms. Dickey's petition or claim was due no later than August 7, 2015. Although the time for filing petitions for said assets, as provided in Rule 32.2(c) and 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253, has expired, no petitions or claims for said assets were filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The USAO's Motion for Order Declaring the Preliminary Order of Forfeiture Final, **ECF No. 57**, is **GRANTED.**

2. The Court's May 12, 2015 Preliminary Order of Forfeiture is final as to the Defendant and as to any and all other persons or entities; and the assets are hereby forfeited to the United States.

3. The forfeited assets shall be disposed of in accordance with law.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and Beatrice Dickey (1301 Canyon Lakes Dr., Kennewick, WA 99337).

**DATED** this 14th day of December 2015.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Criminal\2014\6029.final.forfeit.lc1.docx
ORDER DECLARING PRELIMINARY ORDER OF FORFEITURE FINAL - 2